IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 SEP -6 PM 5: 12

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

KAMIAR DAVID JANATI , Plaintiff.

v.

UNITED STATES GOVERNMENT .

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

JUDITH CARTER

**COMPLAINT**

(Rev 07/06)

## PARTIES

1. Plaintiff  KAMVAR DAVID JANAH is a citizen of AMERICA
   who presently resides at the following address:

   _____

2. Defendant  CARTER  is a citizen of  AMERICA
   who live(s) at or is/are located at the following address:

   _____

3. Defendant  POIRTAS  is a citizen of  AMERICA
   who live(s) at or is/are located at the following address:

   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____
   _____
   _____

5. Briefly state the background of your case:

   FEDERAL OFFICERS ARE GOING TO BE SUMMONED FOR THE FOLLOWING OFFENSES:

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Federal officers hit me in the back of my head with a sledgehammer at least 10 times.

DRIVE A PRLT ~~RIDIN~~ PUSHING ME AP AND DOWN

BEAT ME ON TOP OF THE HEAD WITH A FRYING PAN ~~FRYING PAN~~

DROVE A WEDGE

TWISTED MY ELBOWS

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

TWISTING MY TOES AT LEAST ~~10~~ 50 TIMES

BEAT ME IN THE BACK OF THE HEAD WITH A BELT APPROXIMATELY 50 TIMES.

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

HIT ME UNDERNEATH THE KNEE

HIT ME ON THE BOTTOM OF MY TOES WITH AN AXE.

BRUISED AND BURNT ME

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I AM DISABLED SO I MAY HAVE EXCLUDED SOME VITAL PIECES OF EVIDENCE. I MAY NEED TO MAKE SIGNIFICANT REVISIONS TO THIS CLAIM. THANK YOU.

Date: 9/6/2017

(Plaintiff's Original Signature)

230 S. KEARNEY ST APT 317
(Street Address)

DENVER, CO 80222
(City, State, ZIP)

303-246-0214
(Telephone Number)