IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02145-LTB

KAMIAR DAVID JANATI,

    Plaintiff,

v.

UNITED STATES GOVERNMENT, and
JUDITH CARTER,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 13, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13 day of October, 2017.

                                     FOR THE COURT,

                                     JEFFREY P. COLWELL, Clerk

                                     By: s/ A. Garcia Garcia
                                     Deputy Clerk